IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM MICHAEL NEWMAN,<br><br>Defendant. | CR 06–43–GF–DLC<br><br><br><br>ORDER |

As indicated on the record during the June 2, 2021 final revocation hearing,

IT IS ORDERED that Defendant William Michael Newman's term of supervised release on Count II is terminated under 18 U.S.C § 3583(e)(1).  *See also United States v. Legan*, 805 Fed. App'x 515, 516 (9th Cir. 2020).

IT IS FURTHER ORDERED that, to the extent Newman seeks post-conviction dismissal of either Count I or II, the motion (Doc. 136) is DENIED.  As was the case in *Legan*, "there is no procedural mechanism to reach back and correct [Newman's] underlying convictions at this time." 805 Fed. App'x 515–16.

DATED this 2nd day of June, 2021.

_____
Dana L. Christensen, District Judge
United States District Court